**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO MORAN-CISNEROS, | No. ED CV 26-2228-E |
|      Petitioner, | |
|      v. | ORDER FOR ENTRY OF JUDGMENT |
| THOMAS GILES, ET AL., | |
|      Respondents. | |

On April 29, 2026, Petitioner filed a "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" ("the Petition"). Petitioner, a native and citizen of Mexico, reportedly was detained by agents of Immigration and Customs Enforcement ("ICE") on February 20, 2026. The Petition seeks immediate release, or, alternatively, a bond hearing.

Respondents filed an Answer on May 6, 2026. Respondents acknowledge that "Petitioner appears to be a member of the Bond Eligible Class certified in Maldonado Bautista v. Santacruz, No. 5:25-CV-1873-SSS-BFM. . . ." Respondents contend that Petitioner's remedy, at most, would be a bond hearing before an immigration judge.

Petitioner failed to file a Reply within the allotted time. On May 12, 2026, the Court ordered that Petitioner file a belated reply.

On May 18, 2026, Petitioner filed a Reply.  The Reply requests that the Court order a bond hearing within seven (7) days.

Accordingly, it is ordered that Judgment be entered granting the Petition in part and requiring that Respondents provide Petitioner with a bond hearing before an immigration judge within seven (7) days of the entry of Judgment.

Dated: May 18, 2026.

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE