JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GERARDO MORAN-CISNEROS,

      Petitioner,

    v.

THOMAS GILES, ET AL.,

      Respondents.

No. ED CV 26-2228-E

JUDGMENT

    Pursuant to the "Order for Entry of Judgment," it is adjudged that the Petition is granted in part and Respondents must provide Petitioner with a bond hearing before an immigration judge within seven (7) days of the entry of this Judgment.

    DATED:  May 18, 2026.


_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE